TINA WOLFSON, SBN 174806
twolfson@ahdootwolfson.com
ROBERT AHDOOT, SBN 172098
rahdoot@ahdootwolfson.com
THEODORE W. MAYA, SBN 223242
tmaya@ahdootwolfson.com
KEITH CUSTIS, SBN 218818 (Of Counsel)
keith@custis-law.com
**AHDOOT & WOLFSON, P.C.**
1016 Palm Ave.
West Hollywood, California 90069
Tel: 310-474-9111; Fax: 310-474-8585

Counsel for Plaintiff
SASHA ANTMAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SASHA ANTMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.; and DOES 1-50,<br><br>Defendant. | Case No. 15-1175<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS BY PLAINTIFF, PER LOCAL RULE 3-15**<br><br>JURY TRIAL DEMANDED |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: March 12, 2015     Respectfully submitted,

**AHDOOT & WOLFSON, PC**

_____
Tina Wolfson
Robert Ahdoot
Theodore W. Maya
Bradley King
Keith Custis (Of Counsel)
AHDOOT & WOLFSON, PC
1016 Palm Ave.
West Hollywood, California 90069
Telephone: 310-474-9111
Facsimile: 310-474-8585

Counsel for Plaintiff
   SASHA ANTMAN

2
CERTIFICATION OF INTERESTED PARTIES, NO. 15-1175