GIBSON, DUNN & CRUTCHER LLP
MICHAEL LI-MING WONG, SBN 194130
  mwong@gibsondunn.com
THAD A. DAVIS, SBN 220503
  tdavis@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile:  415.393.8306

GIBSON, DUNN & CRUTCHER LLP
JOSHUA A. JESSEN, SBN 222831
  jjessen@gibsondunn.com
PRIYANKA RAJAGOPALAN, SBN 278504
  prajagopalan@gibsondunn.com
1881 Page Mill Road
Palo Alto, CA 94304
Telephone: 650.849.5300
Facsimile:  650.849.5333

*Attorneys for Defendant Uber Technologies, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SASHA ANTMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.; and DOES 1-50,<br><br>Defendant. | NO. 3:15-CV-01175-JCS<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT UBER TECHNOLOGIES, INC.**<br><br>JURY TRIAL DEMANDED |

Gibson, Dunn & Crutcher LLP

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT attorneys Michael Li-Ming Wong, Thad A. Davis, Joshua A. Jessen, and Priyanka Rajagopalan of Gibson, Dunn & Crutcher LLP hereby enter their appearances as counsel for Defendant Uber Technologies, Inc. in the above-referenced matter. Appearing counsel request that all papers in this action be served upon the undersigned at the addresses below:

>GIBSON DUNN & CRUTCHER LLP
>
>MICHAEL LI-MING WONG, SBN 194130
>mwong@gibsondunn.com
>555 Mission Street, Suite 3000
>San Francisco, CA 94105-0921
>Telephone:   415.393.8200
>Facsimile:   415.393.8306
>
>THAD A. DAVIS, SBN 220503
>tdavis@gibsondunn.com
>555 Mission Street, Suite 3000
>San Francisco, CA 94105-0921
>Telephone:   415.393.8200
>Facsimile:   415.393.8306
>
>JOSHUA A. JESSEN, SBN 222831
>jjessen@gibsondunn.com
>1881 Page Mill Road
>Palo Alto, CA 94304
>Telephone:   650.849.5300
>Facsimile:   650.849.5333
>
>PRIYANKA RAJAGOPALAN, SBN 278504
>prajagopalan@gibsondunn.com
>1881 Page Mill Road
>Palo Alto, CA 94304
>Telephone:   650.849.5337
>Fax:         650.849.5037

DATED: April 13, 2015

Respectfully submitted,
MICHAEL LI-MING WONG
THAD A. DAVIS
JOSHUA A. JESSEN
PRIYANKA RAJAGOPALAN
GIBSON, DUNN & CRUTCHER LLP

By:  /s/ *Michael Li-Ming Wong*

Attorneys for Defendant