GIBSON, DUNN & CRUTCHER LLP
MICHAEL LI-MING WONG, SBN 194130
  mwong@gibsondunn.com
THAD A. DAVIS, SBN 220503
  tdavis@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile:  415.393.8306

GIBSON, DUNN & CRUTCHER LLP
JOSHUA A. JESSEN, SBN 222831
  jjessen@gibsondunn.com
PRIYANKA RAJAGOPALAN, SBN 278504
  prajagopalan@gibsondunn.com
1881 Page Mill Road
Palo Alto, CA 94304
Telephone: 650.849.5300
Facsimile:  650.849.5333

*Attorneys for Defendant Uber Technologies, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SASHA ANTMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | NO. 15–cv–01175–JCS<br><br>**UBER TECHNOLOGIES, INC.'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT** |

Defendant Uber Technologies Inc. submits this Corporate Disclosure Statement pursuant to Rule 7 of the Federal Rules of Civil Procedure. Pursuant to Federal Rule of Civil Procedure 7.1(a), Uber Technologies Inc., through its undersigned counsel, hereby certifies that Uber Technologies Inc. has no parent corporation and that no one owns more than 10 percent of Uber Technologies Inc.'s outstanding common stock. In addition, pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: April 13, 2015                    Respectfully submitted,

MICHAEL LI-MING WONG
THAD A. DAVIS
JOSHUA A. JESSEN
PRIYANKA RAJAGOPALAN
GIBSON, DUNN & CRUTCHER LLP


By:   /s/ Michael Li-Ming Wong
            Michael Li-Ming Wong

Attorneys for Defendant