| | |
|---|---|
| 1 | GIBSON, DUNN & CRUTCHER LLP |
| 2 | MICHAEL LI-MING WONG (SBN 194130) |
| |   mwong@gibsondunn.com |
| 3 | THAD A. DAVIS (SBN 220503) |
| |   tdavis@gibsondunn.com |
| 4 | 555 Mission Street, Suite 3000 |
| | San Francisco, CA 94105-0921 |
| 5 | Telephone: 415.393.8200 |
| | Facsimile: 415.393.8306 |

GIBSON, DUNN & CRUTCHER LLP
JOSHUA A. JESSEN (SBN 222831)
  jjessen@gibsondunn.com
PRIYANKA RAJAGOPALAN (SBN 278504)
  prajagopalan@gibsondunn.com
1881 Page Mill Road
Palo Alto, CA 94304
Telephone: 650.849.5300
Facsimile: 650.849.5333

*Attorneys for Defendant Uber Technologies, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SASHA ANTMAN, individually and on behalf of all others similarly situated, | No. 3:15–CV–01175–JCS |
| Plaintiffs, | |
| v. | STIPULATION REGARDING EXTENSION OF TIME TO RESPOND TO COMPLAINT |
| UBER TECHNOLOGIES, INC., | |
| Defendant. | |

Gibson, Dunn &
Crutcher LLP

WHEREAS, Plaintiffs commenced this action by filing a Complaint on March 12, 2015;

WHEREAS, Plaintiffs filed an Amended Complaint on March 16, 2015;

WHEREAS, Plaintiffs served Uber Technologies, Inc. ("Uber") with a copy of the summons and complaint by personal service on March 31, 2015;

WHEREAS, Plaintiffs agreed to extend by thirty (30) days the time for Uber to answer, move, or otherwise respond to the Amended Complaint;

ACCORDINGLY, the parties, by and through their counsel of record, hereby stipulate that the deadline for Uber to answer, move or otherwise respond to the Amended Complaint shall be extended to and including May 21, 2015.

DATED: April 20, 2015

Respectfully Submitted,
MICHAEL LI-MING WONG
THAD A. DAVIS
JOSHUA A. JESSEN
PRIYANKA RAJAGOPALAN
GIBSON, DUNN & CRUTCHER LLP

By:   /s/ *Michael Li-Ming Wong*

Attorneys for Uber Technologies, Inc.

DATED:  April 20, 2015

AHDOOT & WOLFSON, P.C.
TINA WOLFSON, SBN 174806
ROBERT AHDOOT, SBN 172098
THEODORE W. MAYA, SBN 223242

By:   /s/ *Theodore M. Maya*
        Theodore W. Maya

Attorneys for Plaintiffs

Gibson, Dunn & Crutcher LLP

2

**STIPULATION REGARDING EXTENSION OF TIME TO RESPOND TO COMPLAINT**
**CASE NO. 3:15-cv-01175-JCS**

**ATTORNEY ATTESTATION**

Pursuant to Civil Local Rule 5-1, I, Michael Li-Ming Wong, hereby attest that concurrence in the filing of this document has been obtained from Theodore M. Maya.

DATED:  April 20, 2015

                                                           GIBSON, DUNN & CRUTCHER LLP


By:  */s/ Michael Li-Ming Wong*
MICHAEL LI-MING WONG

Attorney for Defendant
Uber Technologies, Inc.