GIBSON, DUNN & CRUTCHER LLP
MICHAEL LI-MING WONG (SBN 194130)
  mwong@gibsondunn.com
THAD A. DAVIS (SBN 220503)
  tdavis@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile:  415.393.8306

GIBSON, DUNN & CRUTCHER LLP
JOSHUA A. JESSEN (SBN 222831)
  jjessen@gibsondunn.com
PRIYANKA RAJAGOPALAN (SBN 278504)
  prajagopalan@gibsondunn.com
1881 Page Mill Road
Palo Alto, CA 94304
Telephone: 650.849.5300
Facsimile:  650.849.5333

*Attorneys for Defendant Uber Technologies, Inc.*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SASHA ANTMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC. and Does 1-50,<br><br>Defendants. | No. 3:15–CV–01175–LB<br><br>SECOND STIPULATION REGARDING EXTENSION OF TIME TO RESPOND TO COMPLAINT |

Gibson, Dunn & Crutcher LLP

1   WHEREAS, Plaintiffs commenced this action by filing a Complaint on March 12, 2015;

2   WHEREAS, Plaintiffs filed an Amended Complaint on March 16, 2015;

3   WHEREAS, Plaintiffs served Uber Technologies, Inc. ("Uber") with a copy of the summons
4   and complaint by personal service on March 31, 2015;

5   WHEREAS, Plaintiffs initially agreed to extend by thirty (30) days the time for Uber to
6   answer, move, or otherwise respond to the Amended Complaint;

7   WHEREAS, Plaintiffs now agree to extend by twenty-eight (28) days the time for Uber to
8   answer, move, or otherwise respond to the Amended Complaint;

9   ACCORDINGLY, the parties, by and through their counsel of record, hereby stipulate that
10  the deadline for Uber to answer, move or otherwise respond to the Amended Complaint shall be
11  extended to and including June 18, 2015.

13  DATED: May 12, 2015                    Respectfully Submitted,
                                           MICHAEL LI-MING WONG
14                                         THAD A. DAVIS
                                           JOSHUA A. JESSEN
15                                         PRIYANKA RAJAGOPALAN
                                           GIBSON, DUNN & CRUTCHER LLP
16
                                           By:    /s/ Michael Li-Ming Wong
17
                                           Attorneys for Uber Technologies, Inc.
18

19  DATED:  May 12, 2015                   AHDOOT & WOLFSON, P.C.
                                           TINA WOLFSON, SBN 174806
20                                         ROBERT AHDOOT, SBN 172098
                                           THEODORE W. MAYA, SBN 223242
21

22                                         By:    /s/ Theodore M. Maya
23                                                 Theodore W. Maya

24                                         Attorneys for Plaintiffs

2

SECOND STIPULATION REGARDING EXTENSION OF TIME TO RESPOND TO COMPLAINT
CASE NO. 3:15-cv-01175-LB

Gibson, Dunn &
Crutcher LLP

## ATTORNEY ATTESTATION

Pursuant to Civil Local Rule 5-1, I, Michael Li-Ming Wong, hereby attest that concurrence in the filing of this document has been obtained from Theodore M. Maya.

DATED: May 12, 2015

                                                  GIBSON, DUNN & CRUTCHER LLP

By: */s/ Michael Li-Ming Wong*
MICHAEL LI-MING WONG

Attorney for Defendant
Uber Technologies, Inc.

SECOND STIPULATION REGARDING EXTENSION OF TIME TO RESPOND TO COMPLAINT
CASE NO. 3:15-cv-01175-LB