UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Sasha Antman, individually and on
behalf of all others similarly situated
          Plaintiff(s),

Case No. 3:15-01175-LB

ADR CERTIFICATION BY PARTIES
AND COUNSEL

v.

Uber Technologies, Inc.; and Does 1-50,

          Defendant(s).
_____/

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under Civil L.R. 5-1(b));*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 5/22/2015

                                                       Keith Yandell
                                                       For Uber Technologies, Inc.

Dated: 5/22/2015

                                                       /s/ Michael Li-Ming Wong
                                                       Michael Li-Ming Wong

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 6/14