GIBSON, DUNN & CRUTCHER LLP
MICHAEL LI-MING WONG (SBN 194130)
  mwong@gibsondunn.com
THAD A. DAVIS (SBN 220503)
  tdavis@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile:  415.393.8306

GIBSON, DUNN & CRUTCHER LLP
JOSHUA A. JESSEN (SBN 222831)
  jjessen@gibsondunn.com
PRIYANKA RAJAGOPALAN (SBN 278504)
  prajagopalan@gibsondunn.com
1881 Page Mill Road
Palo Alto, CA 94304
Telephone: 650.849.5300
Facsimile:  650.849.5333

*Attorneys for Defendant Uber Technologies, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SASHA ANTMAN, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>   v.<br><br>UBER TECHNOLOGIES, INC. and Does 1-50,<br><br>            Defendant. | No. 3:15–cv–01175–LB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT UBER TECHNOLOGIES, INC.'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**<br><br>*HEARING:*<br>• DATE: SEPTEMBER 17, 2015<br>• TIME: 9:30 A.M.<br>• PLACE: COURTROOM C, 15TH FLOOR<br>       THE HONORABLE LAUREL BEELER |

Having considered all papers filed in support of and in opposition to the Motion, oral argument of counsel, and all other pleadings and papers on file herein, the Court finds as follows:

1. Plaintiff lacks standing to assert a claim under Article III of the Constitution.
2. Plaintiff lacks statutory standing to assert a claim under California's Unfair Competition Law.
3. Plaintiff lacks statutory standing to assert a claim under California Civil Code Sections 1798.81.5 and 1798.82.
4. Plaintiff fails to state a claim under California's Unfair Competition Law.

Good cause appearing therefor, **IT IS HEREBY ORDERED THAT:**

1. Uber Technologies, Inc.'s Motion to Dismiss Plaintiff's Amended Complaint is **GRANTED**; and
2. All claims for relief against Uber Technologies, Inc. are hereby **DISMISSED** with prejudice and without leave to amend.

IT IS SO ORDERED this ___ day of _____, 2015.

.

_____
The Honorable Laurel Beeler