GIBSON, DUNN & CRUTCHER LLP
MICHAEL LI-MING WONG, SBN 194130
  mwong@gibsondunn.com
THAD A. DAVIS, SBN 220503
  tdavis@gibsondunn.com
555 Mission Street, Suite 3000 San Francisco,
CA 94105-0921 Telephone: 415.393.8200
Facsimile: 415.393.8306

GIBSON, DUNN & CRUTCHER LLP
JOSHUA A. JESSEN, SBN 222831
  jjessen@gibsondunn.com
PRIYANKA RAJAGOPALAN, SBN 278504
  prajagopalan@gibsondunn.com
1881 Page Mill Road
Palo Alto, CA 94304
Telephone: 650.849.5300
Facsimile: 650.849.5333

*Attorneys for Defendant Uber Technologies, Inc.*

*Attorneys for Non-Party X*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SASHA ANTMAN, individually and on behalf of all others similarly situated, | Case No.: 3:15-CV-01175-LB |
| Plaintiff, | **STIPULATION RE BRIEFING SCHEDULE AND HEARING DATE REGARDING UBER'S REQUEST FOR IN CAMERA AND OUTSIDE COUNSEL REVIEW OF DEPOSITION TRANSCRIPT OF X IN OTHER LITIGATION** |
| v. | |
| UBER TECHNOLOGIES, INC. and Does 1-50, | |
| Defendant. | |

STIP RE BRIEFING SCHEDULE & HEARING DATE RE UBER'S REQUEST FOR IN CAMERA AND OUTSIDE COUNSEL
REVIEW OF DEPOSITION TRANSCRIPT OF X IN OTHER LITIGATION

1    WHEREAS, Defendant Uber Technologies filed a Request for "In Camera and Outside

2 Counsel Review of Deposition Transcript of X[1] in Other Litigation" ("Request") on December

3 16, 2015, under seal;

4    WHEREAS, X seeks to oppose Uber's Request;

5    ACCORDINGLY, Uber and X, by and through their counsel, hereby stipulate and

6 request that the Court enter this Stipulation and [Proposed] Order setting the briefing schedule as

7 follows:

8    • X files any opposition no later than December 30, 2015;

9    • Uber files any reply no later than January 6, 2016;

10    • Hearing date: January 21, 2016, 9:30am.

11

12 SO STIPULATED

13 Dated:  December 23, 2015            By:   /s/ MICHAEL LI-MING WONG

14                                           MICHAEL LI-MING WONG
                                             THAD A. DAVIS
15                                           JOSHUA A. JESSEN
                                             PRIYANKA RAJAGOPALAN
16

17                                           *Attorneys for Defendant Uber
                                             Technologies, Inc.*
18

19 Dated:  December 23, 2015            By:   ████████████████

20                                           ████████████████

21                                           ██████████

22

23                                           *Attorneys for Non-Party X*

24 ───────────────────

25

26

27 [1]  X is the Non-Party referred to in this Court's Order on Joint Discovery Letter [ECF No. 59].

28
STIP RE BRIEFING SCHEDULE & HEARING DATE RE UBER'S REQUEST FOR IN CAMERA AND OUTSIDE COUNSEL
REVIEW OF DEPOSITION TRANSCRIPT OF X IN OTHER LITIGATION

## ATTORNEY ATTESTATION

Pursuant to Civil Local Rule 5-1, I, Michael Li-Ming Wong, hereby attest that concurrence in the filing of this document has been obtained from ████████.

DATED: December 23, 2015                    By:   _/s/ Michael Li-Ming Wong_____
                                                  Michael Li-Ming Wong

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.   X's opposition to Uber's motion is due no later than December 30, 2015.  Uber's reply brief is due no later than January 6, 2016.  Hearing on the motion is set for January 20, 2016; 9:30am. Ubder shall serve a copy of this order to the party proceeding as X.

DATED: _December 23, 2015_____

                                                  Hon. Laurel Beeler
                                                  United States Magistrate Judge