# DOCUMENTS FILED UNDER SEAL