UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| SASHA ANTMAN, et al., | Case No. 15-cv-01175-LB |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| UBER TECHNOLOGIES, INC., | |
| Defendant. | |

On May 10, 2018, the court granted defendant Uber Technologies, Inc.'s motion to dismiss. Pursuant to Federal Rule of Civil Procedure 58, the court hereby ENTERS judgment in favor of defendant Uber Technologies, Inc. and against plaintiffs Sasha Antman and Gustave Link. The court directs the Clerk of Court to close the file in this matter.

**IT IS SO ORDERED.**

Dated: May 10, 2018

_____
LAUREL BEELER
United States Magistrate Judge

JUDGMENT – No. 15-cv-01175-LB